THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BRUNO and CARMINE MARINELLI, Appellants.— Judgment convicting defendants of the crime of keeping a lottery office (Penal Law, §§ 1370, 1377) unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HERBERT'S — THE HOME OF BLUE WHITE DIAMONDS, INC., Appellant, v. THE CITY OF NEW YORK and Another, Respondents.— Order denying plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EDWIN W. INSLEE and THE BANK OF NEW YORK AND TRUST COMPANY, as Trustees of the Estate of SAMUEL INSLEE, Deceased, Respondents, v. MAURICE H. BOB, Appellant.—Action for a balance due for rent under a written lease. Judgment entered on a directed verdict in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Townley, Dore and Cohn, JJ.

WILLIS F. HUNTER, Respondent, v. AMERICAN HOME FIRE ASSURANCE COMPANY (Formerly Known as AMERICAN CONSTITUTION FIRE ASSURANCE COMPANY OF NEW YORK), Appellant.— The action is on a valued policy of automobile theft insurance issued by the American Constitution Fire Assurance Company of New York to plaintiff on his automobile. Judgment entered on a verdict in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Townley, Dore and Cohn, JJ.

WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, Appellant, v. PEARL ADLER and Others, Defendants, Impleaded with SAMUEL UNGERLEIDER and Others, Respondents.— Order granting motion of defendants-respondents for judgment dismissing the complaint as to them, on the ground that it does not set forth facts sufficient to constitute a cause of action, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Townley and Dore, JJ.

FORTY WALL STREET CORPORATION, Appellant, v. THOMAS F. LEE and Others, Defendants, Impleaded with AMERICAN ASSOCIATED DEALERS, INC., Respondent. — Order granting motion of defendant American Associated Dealers, Inc., for judgment dismissing the complaint as to it as insufficient in law, and the judgment entered thereon as amended, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Townley and Cohn, JJ.

FRANK L. FINLAW, Respondent, v. MAURICE WERTHEIM and Others, Appellants, Impleaded with Another.— Order granting plaintiff's motion to strike out the first, separate and distinct defense to the first cause of action alleged in the complaint as insufficient in law, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and deny the motion.

CLAYTON J. HEERMANCE, Appellant, v. DANIEL SCOCOZZA, Respondent.— Order denying plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.